## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAHL SIMMONS, | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 19-2954 |
| | : | |
| MICHAEL T. DONOVAN and | : | |
| ZANE D. MEMEGER, | : | |
| *Defendants*. | : | |

## ORDER

AND NOW, this 5th day of March, 2021, upon consideration of Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 6) and Plaintiff's Pro Se Response thereto (ECF No. 7), it is hereby ORDERED that said Motion is GRANTED.  Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.